O

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| LIONEL TEMERO JACOBS, | ) | Case No. CV 10-6322-DSF (OP) |
|---|---|---|
| Petitioner, | ) ) ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | ) ) ) | |
| MICHAEL McDONALD, Warden, | ) ) | |
| Respondent. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections thereto. The Court has engaged in a de novo review of those portions of the Report and Recommendation to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge,

///
///
///

1  IT IS ORDERED that Judgment be entered: (1) accepting this Report and
2  Recommendation; and (2) directing that Judgment be entered denying the Petition and
3  dismissing this action with prejudice.

4
5
6  DATED: 8/6/12
                                    _____
7                                   HONORABLE DALE S. FISCHER
                                    United States District Judge
8
9
   Prepared by:
10
11
12 _____
   HONORABLE OSWALD PARADA
13 United States Magistrate Judge

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28                                   2