JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LIONEL TEMERO JACOBS, | ) | Case No. CV 10-6322-DSF  (OP) |
| | ) | |
| | ) | J U D G M E N T |
| Petitioner, | ) | |
| v. | ) | |
| | ) | |
| MICHAEL McDONALD, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

8/6/12

DATED: _____

HONORABLE DALE S. FISCHER
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge