JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LIONEL TEMERO JACOBS, | ) | Case No. CV 10-6322-DSF (OP) |
| | ) | |
| Petitioner, | ) | J U D G M E N T |
| v. | ) | |
| | ) | |
| MICHAEL McDONALD, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 8/6/12

HONORABLE DALE S. FISCHER
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge